

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2018

No. 04-18-00253-CV

**JC FODALE ENERGY SERVICES, LLC**,
Appellant

v.

Jenny **HENNES**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI12710
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

    Appellants' unopposed second a motion for an extension of time to file appellants' brief is granted. We order appellants to file their brief by November 2, 2018. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court